McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTO ORANTES,<br>　　aka Raphael Sanchez,<br>　　Arreguin, aka "Mario";<br><br>　　　　Defendant. | 2:04-CR-0104 DFL<br><br>[proposed] PRELIMINARY ORDER OF FORFEITURE AND PUBLICATION THEREOF |

　　　Based upon the plea agreement entered into between plaintiff United States of America and defendant Roberto Orantes, it is hereby

　　　ORDERED, ADJUDGED AND DECREED as follows:

　　　1.　Pursuant to 21 U.S.C. § 853(a), defendant Roberto Orantes' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

　　　　　　a).　Approximately $82,827.00 in U.S. Currency seized on or about March 8, 2004; and

　　　　　　b).　Approximately $2,657.00 in U.S. Currency seized on or about March 8, 2004.

1

1         2.   The above-listed property constitutes or is derived from
2    gross proceeds traceable to the commission of a violation of 21
3    U.S.C. §§ 841(a)(1) and 846.
4         3.   Pursuant to Rule 32.2(b), the Attorney General (or a
5    designee) shall be authorized to seize the above-described
6    property.  That the aforementioned property shall be seized and
7    held by the United States Marshals Service, in its secure custody
8    and control.
9         4.   a.   Pursuant 21 U.S.C. § 853(n) and Local Rule 83-171,
10   the United States forthwith shall publish at least once for three
11   successive weeks in the <u>Daily Recorder</u> (Sacramento County), a
12   newspaper of general circulation located in the county in which
13   the above-described property was seized, notice of this Order,
14   notice of the Attorney General's intent to dispose of the
15   property in such manner as the Attorney General may direct, and
16   notice that any person, other than the defendant, having or
17   claiming a legal interest in the above-listed forfeited property
18   must file a petition with the Court within thirty (30) days of
19   the final publication of the notice or of receipt of actual
20   notice, whichever is earlier.
21             b.   This notice shall state that the petition shall be
22   for a hearing to adjudicate the validity of the petitioner's
23   alleged interest in the property, shall be signed by the
24   petitioner under penalty of perjury, and shall set forth the
25   nature and extent of the petitioner's right, title or interest in
26   the forfeited property and any additional facts supporting the
27   petitioner's claim and the relief sought.
28             c.   The United States may also, to the extent

practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 7 day of October, 2005.

_____
DAVID F. LEVI
United States District Judge