McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2744

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-04-0104 DFL |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTO ORANTES, | ) | |
| aka Raphael Sanchez | ) | |
| Arreguin, aka "Mario," | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    WHEREAS, on October 11, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement entered into between plaintiff and defendant Roberto Orantes forfeiting to the United States the following property:

        a.    Approximately $82,827.00 in U.S. Currency, seized on or about March 8, 2004; and

        b.    Approximately $2,657.00 in U.S. Currency seized on or about March 8, 2004.

    AND WHEREAS, the Preliminary Order of Forfeiture became final as to defendant Roberto Orantes on or about March 1, 2007.

    AND WHEREAS, on December 15, 22, and 29, 2005, the United

1 States published notice of the Court's Preliminary Order of
2 Forfeiture in the <u>Daily Recorder</u> (Sacramento County), a newspaper of
3 general circulation located in the county in which the subject
4 property was seized.  Said published notice advised all third
5 parties of their right to petition the court within thirty (30) days
6 of the publication date for a hearing to adjudicate the validity of
7 their alleged legal interest in the forfeited property;

8     AND WHEREAS, the United States has provided direct written or
9 attempted notice to Kirsten Sweeney, Victor Manuel Olivares,
10 Margarita Aldana, Hugo Olivares, and Secundino Olivares;

11     AND WHEREAS, the Court has been advised that no third party has
12 filed a claim to the subject property, and the time for any person
13 or entity to file a claim has expired.

14     Accordingly, it is hereby ORDERED and ADJUDGED:

15     1.  A Final Order of Forfeiture shall be entered forfeiting to
16 the United States of America all right, title, and interest in the
17 above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed
18 of according to law, including all right, title, and interest of
19 Roberto Orantes.

20     2.  All right, title, and interest in the above-listed property
21 shall vest solely in the United States of America.

22     3.  The United States Marshals Service shall maintain custody
23 of and control over the subject property until it is disposed of
24 according to law.

25     SO ORDERED THIS 2nd day of April, 2007.

27                                     /s/ David F. Levi
                                      DAVID F. LEVI
28                                     Chief United States District Judge